UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| REGINA DURAN | : CASE NO. 16-31898 AMN |
| | : |
| DEBTOR(S) | : MAY 30, 2018 |

**AMENDED**
**MOTION TO DISMISS CHAPTER 13 CASE**

  Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") represents that the above-captioned Debtor ("Debtor") has failed to properly prosecute this bankruptcy case in one or more of the following respects.  The Trustee seeks dismissal of the case for cause pursuant to 11 USC Section 1307(c) based on the deficiencies indicated below.

  If the deficiencies set out below are remedied and the case is not dismissed, notice is hereby given to the Debtor that the Trustee may also seek dismissal of the Chapter 13 case at the hearing on confirmation of the Debtor's Chapter 13 plan.  If the Debtor cannot confirm a plan for any reason, then the Trustee will request at the confirmation that the case be dismissed under 11 USC Section 1307(c)(5).

1. The Debtor's Plan violates Section 1325(a)(3) of the Bankruptcy Code. The Debtor has manipulated the bankruptcy system in order to allow herself to live in a $495,000.00 property (the "Residence") for $87.73 a month, the equivalent of one night in a not very good hotel.  The Debtor did not propose the Plan in good faith, in violation of Section 1325(a)(3) of the Bankruptcy Code, and the Plan should not be confirmed.  The Debtor filed this case more than a year ago, on December 19, 2016.  Since December 19, 2016, she has paid a TOTAL of $1,052.64 in pre-confirmation plan payments, and proposes to delay her payment to creditors for an additional few months.  The Debtor's Schedule I is inaccurate.  She stated, on the record, on February 1, 2018 that she received family support payments of $6,500.00, but her Schedule I, filed on September 13, 2017 as ECF 45, indicates income of only $4,000.00 a month.

2. While "good faith" is not statutorily defined, courts have held that "[a] debtor acts in 'good faith' when [he or] she demonstrates a 'sound and proper motive for seeking the protection of Chapter 13.' " *In re Wheeler,* 511 B.R. at 250 (citing *In re Johnson,* 428 B.R. 22, 24 (Bankr.W.D.N.Y.2010)). In re Powers, 554 B.R. 41, 55 (Bankr. N.D.N.Y. 2016).  The debtor does not need Chapter 13 relief to sell the Residence in order to pay off her creditors, but she does need it in order to live basically expense-free.  The test for determining good faith is one of totality of the circumstances, including the motivation and sincerity of the debtor in seeking Chapter 13 relief.  In re Corino, 191 B.R. 283, 288 (Bankr.S.D.N.Y. 1995).  The Debtor has not demonstrated motivation to sell the Residence or to pay her creditors.

Wherefore, the Trustee requests that the court dismiss the case, unless the indicated defects are cured prior to any hearing on this motion.

/s/Roberta Napolitano
Roberta Napolitano, tr08378
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Fax: (860) 527-6185
Email: rnapolitano@ch13rn.com

VERIFICATION

The undersigned hereby swears or affirms that the information in the foregoing motion to dismiss is true and accurate to the best of their knowledge and belief as based on a review of the files and records of the Chapter 13 Trustee made and kept in the usual and ordinary course of business.

/s/Roberta Napolitano
Roberta Napolitano, tr08378
Chapter 13 Standing Trustee

Personally appeared before me Roberta Napolitano, Trustee who swore to the truth of the foregoing on the above date.

/s/Tina M. Golebiowski
Tina M. Golebiowski
Notary Public/My Comm. Expires 7/31/18

# CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:**   Amended Motion to Dismiss Case and proposed Order thereon

2. **Parties Served Via First Class Mail:**
   Debtor:
   REGINA DURAN
   9 WINDSWEPT HILL ROAD
   WALLINGFORD, CT 06492

3. **Parties Served Electronically Include:**
   Debtor's Attorney:  WILLIAM E. CARTER, ESQ
   Email: bankruptcy@carterlawllc.com

   Office of the United States Trustee, Kim McCabe, Assistant United States Trustee, Email: ustpregion02.nh.ecf@usdoj.gov


   /s/ Roberta Napolitano
   Roberta Napolitano, tr08378
   Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| REGINA DURAN | : | CASE NO. 16-31898 AMN |
| | : | |
| DEBTOR(S) | : | |

ORDER DISMISSING CASE UNDER CHAPTER 13

A Trustee's Motion to Dismiss the above referenced case pursuant to 1307(c) having been filed with the court, after notice and hearing, *see* 11 U.S.C. section 102(1), it is ORDERED that the motion is GRANTED and the case is DISMISSED WITHOUT PREJUDICE.